Rollin Volkers and Mernice Volkers, Minor by Rollin Volkers, His Next Friend, Appellees, v. Charles H. Volkers et al., Appellants.

Gen. No. 9,671. 

Dove, J., dissents.

 Heard in this court at May term, 1941; opinion filed August 14, 1941. A. J. Clarity, Philip L. Keister and Manus & Manus, for appellants; L. A. Jayne, for appellees. Opinion by Justice Huffman. ''Not to be published in full.''

Nina O. Robertson, Appellant, v. Farmers State Bank of Danforth and Willis M. Robertson, Appellees.

Gen. No. 9,680. 

 Heard in this court at May term, 1941; opinion filed August 14, 1941. Milo J. Fleming, for appellant; A. Fred Kendall, for certain appellee; Pallissard & Smith, for certain other appellee. Opinion by Justice Huffman. ''Not to be published in full.''